FILED

08 APR -2 PM 4:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149296    - SH

April 02, 2008
11:44:25

**Civ Fil Non-Pris**
USAO #.: 08CV0514
Amount.:                $350.00 CC

**Returned Chk Fee**
Amount.:                $45.00 CC

Total-> $395.00

FROM: REPAY CASE # 08CV0514
      NSF FEE