| Attorney or Party without Attorney:<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252     FAX No: 530 894-8244 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | |
| Plaintiff: BARBARA HUBBARD | | |
| Defendant: SEARS ROEBUCK & CO., ET AL | | |

| PROOF OF SERVICE<br>S&C USDC | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV514JPOR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:                          SEARS ROEBUCK & CO. DBA SEARS
   b. Person served:                         JUAN DE PABLO-PROCESS CLERK-AUTHORIZED TO ACCEPT

4. Address where the party was served:       CT CORPORATION
                                             818 WEST 7TH STREET
                                             LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 07, 2008 (2) at: 1:40PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                    d. *The Fee for Service was:*     $15.00



HANSEN'S GUARANTEED PROCESS CO.
8607 IMPERIAL HWY. SUITE #206
DOWNEY, CA 90242

(562)904-9460, FAX (562)904-9462
gary@hansensguaranteed.com
www.hansensguaranteed.com

   e. I am: (3) registered California process server
      *(i)* Owner
      *(ii) Registration No.:*    5613
      *(iii) County:*             Los Angeles
      *(iv) Expiration Date:*     Fri, Oct. 09, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Apr. 08, 2008

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>S&C USDC | (RICH WILSON C.C.P.S.)<br>*3252.18161* |
|---|---|---|