**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman (SBN 129407)
draizman@ertwllp.com
Elena S. Min (SBN 235065)
emin@ertwllp.com
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone:  (310) 445-4400
Facsimile:   (310) 445-4410

Attorneys for Defendant
Sears, Roebuck and Co.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>   Plaintiff,<br><br>   vs.<br><br>SEARS ROEBUCK & CO. dba SEARS,<br><br>   Defendant. | Case No.  08CV514 J POR<br><br>**DISCLOSURE STATEMENT OF DEFENDANT SEARS, ROEBUCK AND CO.**<br><br>Judge:  Hon. Napoleon A. Jones, Sr.<br><br>[Fed. R. Civ. P. Rule 7.1] |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Sears, Roebuck and Co. states that it is a wholly-owned subsidiary of Sears Holdings Corporation, a publicly-traded corporation.

Date:   April 28, 2008				Respectfully submitted,

**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman
Elena S. Min


By:   /s/ Elena S. Min
            Elena S. Min

Attorneys for Defendant
Sears, Roebuck and Co.

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd, Eleventh Floor
Los Angeles, California 90024