1  EISENBERG RAIZMAN THURSTON & WONG LLP
   David H. Raizman (SBN 129407)
2  draizman@ertwllp.com
3  Elena S. Min (SBN 235065)
   emin@ertwllp.com
4  10880 Wilshire Boulevard, Eleventh Floor
5  Los Angeles, California 90024
   Telephone: (310) 445-4400
6  Facsimile:  (310) 445-4410
7
8  Attorneys for Defendant
   Sears, Roebuck and Co.
9

10              UNITED STATES DISTRICT COURT
11              SOUTHERN DISTRICT OF CALIFORNIA

12  BARBARA HUBBARD,              | Case No. 08CV514 J POR
13                                | PROOF OF SERVICE OF
              Plaintiff,           | DEFENDANT SEARS, ROEBUCK
14       vs.                       | AND CO.'S ANSWER TO
                                   | PLAINTIFF'S COMPLAINT AND
15  SEARS ROEBUCK & CO. dba SEARS, | DISCLOSURE STATEMENT OF
16                                 | DEFENDANT SEARS, ROEBUCK
              Defendants.          | AND CO.
17
18                                 | Judge: Hon. Napoleon A. Jones, Sr.

15411

PROOF OF SERVICE OF DEFENDANT'S
ANSWER AND DISCLOSURE STATEMENT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10880 Wilshire Blvd., Eleventh Floor, Los Angeles, California 90024.

On April 28, 2008, I served the foregoing document, described as:

1. **DEFENDANT SEARS, ROEBUCK AND CO.'S ANSWER TO PLAINTIFF'S COMPLAINT AND**
2. **DISCLOSURE STATEMENT OF DEFENDANT SEARS, ROEBUCK AND CO.,**

on each interested party in this action, as follows:

☒  (BY NOTICE OF ELECTRONIC FILING) I arranged for service of the foregoing documents through the Court's Electronic Filing System. I received a Notice of Electronic Filing indicating that notice of filing of the foregoing documents was electronically mailed to Lynn Hubaard, III, counsel for plaintiff Barbara Hubbard, at usdcso@hubslaw.com. A true copy of each such Notice of Electronic Filing is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008, at Los Angeles, California.

*Elena Min*
Elena S. Min

# Answers to Complaints
3:08-cv-00514-J-POR v. Hubbard et al

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered by Min, Elena on 4/28/2008 at 12:20 PM PDT and filed on 4/28/2008
**Case Name:**      v. Hubbard et al
**Case Number:**    3:08-cv-514
**Filer:**          Sears Roebuck & Co.
**Document Number:** 5

**Docket Text:**
**ANSWER to Complaint by Sears Roebuck & Co..(Min, Elena)**


**3:08-cv-514 Notice has been electronically mailed to:**

Lynn Hubbard , III    usdcso@hubslaw.com

Elena Min    emin@ertwllp.com

**3:08-cv-514 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/28/2008] [FileNumber=2563372-0
] [3b270aca35dced7975d928322435f40021ac73f5e7986b60dfdea1ea679ab1a9bab
6e3717a57133f153e07ea6d7c4f3ccb9f00f8b956470674b1c0b454d076b9]]

# Other Documents
3:08-cv-00514-J-POR v. Hubbard et al

## U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Min, Elena on 4/28/2008 at 12:25 PM PDT and filed on 4/28/2008

**Case Name:** v. Hubbard et al
**Case Number:** 3:08-cv-514
**Filer:** Sears Roebuck & Co.
**Document Number:** 6

**Docket Text:**
**Corporate Disclosure Statement by Sears Roebuck & Co. identifying Corporate Parent Sears Holdings Corporation for Sears Roebuck & Co... (Min, Elena)**

**3:08-cv-514 Notice has been electronically mailed to:**

Lynn Hubbard , III    usdcso@hubslaw.com

Elena Min    emin@ertwllp.com

**3:08-cv-514 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/28/2008] [FileNumber=2563402-0
] [53092bde875aee2711f7aa83560144af7908b027835056426d07e64ce0fb9d0f784
0244b33edf5ca7e8ffef91193681fdcbd66d87685ac2bb337668ad86987a3]]