**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman (SBN 129407)
draizman@ertwllp.com
Elena S. Min (SBN 235065)
emin@ertwllp.com
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone:  (310) 445-4400
Facsimile:   (310) 445-4410

Attorneys for Defendant
Sears, Roebuck and Co.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>         Plaintiff,<br><br>vs.<br><br>SEARS ROEBUCK & CO. dba SEARS,<br><br>         Defendant. | Case No.  08CV514 J POR<br><br>NOTICE OF SETTLEMENT AND COURT'S ORDER RE: STATUS CONFERENCE RE: DISMISSAL<br><br>Date:    July 1, 2008<br>Time:   9:30 a.m.<br>Judge:  Hon. Louisa S. Porter |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that at the Early Neutral Evaluation conference held on May 30, 2008 before the Honorable Louisa S. Porter, plaintiff Barbara Hubbard ("Plaintiff") and defendant Sears, Roebuck and Co. ("Defendant") (collectively, the "Parties") reached an agreement in principle to settle the claims brought by Plaintiff in the above-entitled matter.

16055

1  PLEASE TAKE FURTHER NOTICE that the Honorable Louisa S. Porter
2  ordered the Parties to appear telephonically on July 1, 2008 at 9:30 a.m., unless
3  Plaintiff files a Request for Dismissal by June 30, 2008.

Date: June 2, 2008

**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman
Elena S. Min


By: /s/ Elena S. Min
        Elena S. Min

Attorneys for Defendant
Sears, Roebuck and Co.