**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman (SBN 129407)
draizman@ertwllp.com
Elena S. Min (SBN 235065)
emin@ertwllp.com
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone:  (310) 445-4400
Facsimile:   (310) 445-4410

Attorneys for Defendant
Sears, Roebuck and Co.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>         Plaintiff,<br><br>vs.<br><br>SEARS ROEBUCK & CO. dba SEARS,<br><br>         Defendant. | Case No.  08CV514 J POR<br><br>CERTICATE OF SERVICE OF NOTICE OF SETTLEMENT AND COURT'S ORDER RE: STATUS CONFERENCE RE: DISMISSAL |

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10880 Wilshire Blvd., Eleventh Floor, Los Angeles, California 90024.

On June 2, 2008, I served the foregoing document, described as NOTICE OF SETTLEMENT AND COURT'S ORDER RE: STATUS CONFERENCE RE: DISMISSAL on each interested party in this action, as follows:

☒ (BY NOTICE OF ELECTRONIC FILING) I arranged for service of the foregoing document through the Court's Electronic Filing System. I received a Notice of Electronic Filing indicating that notice of filing of the foregoing document was electronically mailed to Lynn Hubbard, III, attorney for plaintiff Barbara Hubbard, at usdcso@hubslaw.com. A true and correct copy of such Notice of Electronic Filing is attached hereto.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008, at Los Angeles, California.

                                        /s/ Elena S. Min  
                                        Elena S. Min