## Notices
3:08-cv-00514-J-POR v. Hubbard et al

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Min, Elena on 6/2/2008 at 10:51 AM PDT and filed on 6/2/2008
**Case Name:**     v. Hubbard et al
**Case Number:**   3:08-cv-514
**Filer:**         Sears Roebuck & Co.
**Document Number:** 9

**Docket Text:**
**NOTICE of Settlement *and Court's Order re: Status Conference re: Dismissal* by Sears Roebuck & Co. (Min, Elena)**

**3:08-cv-514 Notice has been electronically mailed to:**

Lynn Hubbard , III    usdcso@hubslaw.com

Elena Min    emin@ertwllp.com

**3:08-cv-514 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=6/2/2008] [FileNumber=2630744-0]
[b69d727b0fd1cfdd835a075e126f45670808c6bc0ee0f292f55219d670ab06bf366a
70d8194940098d5f1a7adbabe93675b239ff641a01ce2d5fce006aae880d]]