UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>                    Plaintiff,<br><br>   v.<br><br>SEARS ROEBUCK & CO., doing business as Sears,<br><br>                    Defendant. | Civil No.  08-cv-0514-J (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On May 30, 2008, the Court held an Early Neutral Evaluation conference in this case. Plaintiff Barbara Hubbard appeared with counsel Lynn Hubbard. Gerardo Garcia appeared as representative for Defendant, with Elena Min appearing as counsel. At the Early Neutral Evaluation conference, the parties agreed to a settlement of this case. Accordingly, IT IS HEREBY ORDERED:

    1.    A Joint Motion for Dismissal shall be submitted to the Honorable Napoleon A. Jones on or before **June 30, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

    2.    If a Joint Motion for Dismissal is not submitted on or before June 30, 2008, then a Settlement Disposition Conference shall be held on **July 1, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall initiate and coordinate the conference call.

///

3.    If a Joint Motion for Dismissal is received on or before June 30, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

IT IS SO ORDERED.

DATED: June 3, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Napoleon A. Jones
       all parties