UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BARBARA HUBBARD,<br><br>Plaintiff,<br><br>v.<br><br>SEARS ROEBUCK & CO., doing business as Sears,<br><br>Defendant. | Civil No.   08-cv-0514-J (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |
|---|---|

On June 26, 2008, counsel for the parties contacted the Court to request additional time to submit their Joint Motion for Dismissal to the Honorable Napoleon A. Jones. Counsel represent that the settlement agreement in this matter has recently been reduced to writing, however additional time is required to execute the agreement. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Napoleon A. Jones on or before **July 11, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before July 11, 2008, then the Settlement Disposition Conference previously scheduled for July 1, 2008, shall be held on **July 14, 2008** at **9:30 a.m.** before Judge Porter. The conference shall be telephonic, with attorneys only. Defendant's counsel shall initiate and coordinate the conference call.

///

- 1 -

3. If a Joint Motion for Dismissal is received on or before July 11, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

IT IS SO ORDERED.

DATED: July 1, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Napoleon A. Jones
     all parties