**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman (SBN 129407)
draizman@ertwllp.com
Elena S. Min (SBN 235065)
emin@ertwllp.com
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone: (310) 445-4400
Facsimile: (310) 445-4410

Attorneys for Defendant
Sears, Roebuck and Co.

**DISABLED ADVOCACY GROUP, APLC**
Lynn Hubbard, III (SBN 69773)
Scottlynn Hubbard, IV (SBN 212970)
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
Barbara Hubbard

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEARS ROEBUCK & CO. dba SEARS,<br><br>　　　　Defendant. | Case No. 08CV514 J POR<br><br>JOINT MOTION FOR DISMISSAL<br><br>Judge: Hon. Napoleon A. Jones, Sr.<br><br>[Concurrently filed with [Proposed] Order Granting Joint Motion for Dismissal] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the June 3, 2008 Order Scheduling Settlement Disposition Conference of the Honorable Louisa S. Porter, plaintiff Barbara Hubbard, on the one hand, and defendant Sears, Roebuck and Co., on the other hand, by and through their attorneys of record, jointly move for dismissal with prejudice of the entire action as to all parties and all claims. Each party shall bear her or its own costs and fees.

Date:   June __, 2008                    Respectfully submitted,

**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman
Elena S. Min

By: /s/         *Elena S. Min*
                Elena S. Min
Attorneys for Defendant
Sears, Roebuck and Co.

Date:   June __, 2008                    Respectfully submitted,

**DISABLED ADVOCACY GROUP, APLC**
Lynn Hubbard, III

By: /s/    *Lynn Hubbard III*
                Lynn Hubbard, III
Attorneys for Plaintiff
Barbara Hubbard