**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA HUBBARD,<br><br>                         Plaintiff,<br>v.<br>SEARS ROEBUCK & CO. dba SEARS,<br><br>                         Defendant. | Civil No.  08cv514 J (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

    Having reviewed the Joint Motion for Dismissal submitted by Plaintiff Barbara Hubbard, on the one hand, and Defendant Sears, Roebuck and Co., on the other hand,

    **IT IS HEREBY ORDERED** that the entire above-captioned action is **DISMISSED with prejudice** as to all parties and all claims.  Each party shall bear her or its own costs and fees.

    **IT IS SO ORDERED.**

DATED: August 21, 2008

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge